UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00516-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KENNETH HOWARD WHEELER,

       Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **July 5, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 16th day of May, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge