UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00516-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH HOWARD WHEELER,

        Defendant.

## ORDER RESETTING HEARING

        Due to a scheduling conflict,

        **IT IS HEREBY ORDERED** that the Supervised Release Violation Hearing scheduled for **July 5, 2007 at 4:00 p.m. is VACATED** and **RESET to July 9, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

        Dated this 3rd day of July, 2007

        **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge