IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 03-cr-00516-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

KENNETH HOWARD WHEELER,

  Defendant.

___

**ORDER RELEASING DEFENDANT PENDING SENTENCING**
___

  The Defendant has been found to have violated the conditions of supervised release as alleged in counts 1-4, inclusive, of the <u>Petition on Supervised Release</u> filed January 18, 2008. (Document 58.) Further proceedings (sentencing) are scheduled for May 29, 2008, at 10:00 a.m.

  The Court finds that the Defendant is not likely to flee or pose a danger to any other person or to the community if released under 18 U.S.C. § 3142(c).

  IT IS THEREFORE ORDERED pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3143(a), and 18 U.S.C. § 3142(c), that the Defendant be released pending further proceedings subject to the following conditions:

  1. That he shall comply with all previously-imposed conditions of supervised release;

  2. That he shall be supervised by the U.S. Probation Office and follow the instructions of the U.S. Probation Officer assigned to his supervision;

  3. That he shall reside at the Residential Re-entry Center, ComCor, in Colorado

Springs, Colorado; and

4. That he shall comply with all the regulations or rules of ComCor while residing there.

DATED this 8th day of April, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge