IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00516-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KENNETH HOWARD WHEELER,

        Defendant.

_____

**ORDER VACATING SUPERVISED RELEASE VIOLATION HEARING**
_____

        THIS MATTER comes before the Court on the United States Probation Department's Report on Offender Under Supervision (attached) submitted to the Court on August 11, 2009. Having reviewed the Report,

        **IT IS ORDERED** that the report shall be treated as a Motion to Vacate the Supervised Release Violation Hearing set for August 17, 2009, and is hereby **GRANTED**. A new hearing date shall be set after the defendant's appearance at a Preliminary/Detention Hearing before a United States Magistrate Judge.

        DATED this 12th day of August, 2009.

                                        **BY THE COURT:**

                                        _____

                                        Marcia S. Krieger
                                        United States District Judge