# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00516-MSK-01 |
| KENNETH HOWARD WHEELER | USM Number:  32301-013 |
| | Warren R. Williamson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, 6, 7, 8, 9, 10, 11 and 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/06/07 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 5 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 21, 2009
Date of Imposition of Judgment

*/s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

October 26, 2009
Date

DEFENDANT:  KENNETH HOWARD WHEELER
CASE NUMBER:  03-cr-00516-MSK-01                                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 12/14/07 |
| 3 | Possession and Use of a Controlled Substance | 01/08/08 |
| 4 | Failure to Follow the Instructions of the Probation Officer | 11/30/07 |
| 6 | Failure to Participate in Drug Treatment as Directed (Urinalysis) | 03/09/09 |
| 7 | Failure to Participate in Drug Treatment as Directed (Counseling) | 02/26/09 |
| 8 | Failure to Report to the Probation Officer as Directed | 03/13/09 |
| 9 | Failure to Notify the Probation Officer of Change in Residence | 03/13/09 |
| 10 | Failure to Participate in Drug Treatment as Directed (Urinalysis) | 07/02/09 |
| 11 | Failure to Participate in Drug Treatment as Directed (Counseling) | 06/08/09 |
| 12 | Failure to Report to the Probation Officer as Directed | 07/02/09 |

DEFENDANT: KENNETH HOWARD WHEELER
CASE NUMBER: 03-cr-00516-MSK-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.  No supervised release to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit defendant with time spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal